UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

TONI QUEST,

                         Plaintiff,                    **ORDER**

             -against-                          25 Civ. 749 (AEK)

WALMART STORES EAST INC. d/b/a
WALMART SUPERCENTER,

                         Defendant.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court has been informed that the parties have reached a settlement in principle in this

matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any

party, and without prejudice to restoring the action to the Court's calendar, provided the

application is made within 60 days of this Order.  Any application to reopen that is filed after 60

days from the date of this Order may be denied solely on that basis.

Dated:  March 4, 2026
            White Plains, New York


                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge